UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| Judith Davis,<br><br>      Plaintiff,<br><br>  v.<br><br>Capital One National Association et al.,<br><br>      Defendants. | EDCV 15-2107-VAP (DTBx)<br><br>ORDER TO SHOW CAUSE RE: FAILURE TO PROSECUTE |

  On October 29, 2015, Plaintiff Judith Davis ("Plaintiff") filed her Second Amended Complaint ("SAC") against Defendants Capital One Association ("Capital One Bank") and Legal Recovery Law Offices, Inc. ("Defendants"). (Doc. 8.) On December 14, 2015, the Court granted the parties' stipulation to extend Defendants' time to file all responsive pleadings to the SAC to January 29, 2016. (Doc. 11.) Defendants have not yet answered the SAC. Plaintiff has not filed a request to enter default against Defendants.

  Accordingly, the Court ORDERS Plaintiff to show cause in writing, not later than February 12, 2016, why this action should not be dismissed for failure to prosecute. Plaintiff may respond to this Order by filing a request to enter Defendants' default or filing a notice of settlement. Failure to file a timely response to this Order to Show Cause will result in the dismissal of this action.

  IT IS SO ORDERED.

Dated: 2/2/16

               *Virginia A. Phillips*
                Virginia A. Phillips
               United States District Judge